IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA STROUD, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-03059-CV-S-JAM |
| RICHLAND MEDICAL CENTER, INC., | ) | |
| Defendant. | ) | |

**ORDER**

Upon the Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiff's counsel seeking dismissal of Plaintiff Melissa Stroud's individual claims and the claims of the putative class members (Doc. 3), and before Defendant having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE